# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW MEXICO

BENNIE PINO,

    Plaintiff,

vs.                                                                               Civ. No. 18-759 JCH/GJF

BIA LAW ENFORCEMENT, et al.,

    Defendants.

## ORDER TO SHOW CAUSE

       THIS MATTER comes before the Court *sua sponte* in connection with Plaintiff's Prisoner Civil Rights Complaint [ECF No. 1]. The docket reflects three recent mailings to Plaintiff were returned as undeliverable with a notation "RELEASED." ECF Nos. 3-5. It appears Plaintiff has been released from custody without advising the Court of his new address, as required by D.N.M. LR-Civ. 83.6. The Court will therefore require Plaintiff to notify the Clerk of his new address or show cause why this action should not be dismissed. *See Bradenburg v. Beaman,* 632 F.2d 120, 122 (10th Cir. 1980) ("It is incumbent on litigants, even those proceeding *pro se*, to follow the federal rules of procedure .... The same is true of simple, nonburdensome local rules….") (citations omitted). Failure to timely comply will result in dismissal of this action without further notice.

       **IT IS ORDERED** that within thirty (30) days of entry of this Order, Plaintiff shall notify the Clerk in writing of his current address or show cause why this action should not be dismissed.

       **IT IS SO ORDERED**.

_____
THE HONORABLE GREGORY J. FOURATT
UNITED STATES MAGISTRATE JUDGE